[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-14460
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 20, 2011
JOHN LEY
CLERK

D.C. Docket No. 5:10-cv-00118-RS-MD

STATE OF FLORIDA,
FREDA COBB,
LYNN PADGETT,

Plaintiffs - Appellants,

versus

U.S. DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
UNICOR,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(September 20, 2011)

Before HULL and FAY, Circuit Judges, and VINSON,* District Judge.

_____

*Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida, sitting by designation.

PER CURIAM:

After review and oral argument, we AFFIRM the district court's order, dated August 12, 2010, granting the United States' motion to dismiss the plaintiffs' Complaint, for the reasons outlined in the district court's thorough and well-reasoned order.